UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES VINSANT, Individually and on
behalf of all others similarly situated, et al.                                    PLAINTIFFS

v.                                     No. 2:18-CV-02056

MYEXPERIAN, INC.                                                                    DEFENDANT

## OPINION AND ORDER

Before the Court is the motion (Doc. 30) of Plaintiffs Chelsea Dyer, Ashley Hamilton, Antwan Hendry, Belinda Maxwell and Betty Fuller to voluntarily dismiss their claims. Because Defendant has previously filed an answer (Doc. 14), the Court analyzes the motion under Federal Rule of Civil Procedure 41(a)(2), which allows voluntary dismissal only "on terms that the court considers proper." In conversation with the Court's law clerk, counsel for Defendant relayed that his client does not oppose the motion to dismiss. Because no party disagrees, the Court considers these terms proper and will grant the motion.

IT IS THEREFORE ORDERED the motion (Doc. 30) of Plaintiffs Chelsea Dyer, Ashley Hamilton, Antwan Hendry, Belinda Maxwell and Betty Fuller to voluntarily dismiss their claims is GRANTED. All claims brought by Plaintiffs Chelsea Dyer, Ashley Hamilton, Antwan Hendry, Belinda Maxwell and Betty Fuller are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of July, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE